**Maud OPOKU–AGYEMAN, Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States, Respondent.**

No. 15–2679.

United States Court of Appeals, Eighth Circuit.

Submitted: May 13, 2016.

Filed: May 17, 2016.

Matthew Lorn Hoppock, Hoppock Law Firm, LLC, Overland Park, KS, for Petitioner.

Monica Antoun, Karen Yolanda Drummond, Carl H. McIntyre, Tim Ramnitz,

U.S. Department of Justice, Washington, DC, for Respondent.

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Maud Opoku–Agyeman, a citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals affirming an immigration judge's denial of her application for cancellation of removal under 8 U.S.C. § 1229b(b)(1). We conclude that the arguments she presents to this court are unavailing, and thus we deny the petition. *See* 8th Cir. R. 47B.